UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

BARRY E. COLLINS,

        Plaintiff,

v.                                          Case No. 04-C-0684

BUECHEL STONE CORP.,

        Defendant.

**ORDER**

On June 28, 2005, Defendant Buechel Stone Corp. moved for summary judgment in this Title VII case. While supported by a brief and affidavits, defendant's motion does not comply with Civil L.R. 56.2(a), which states that

> [t]he moving papers must include either (1) a stipulation of facts between the parties, or (2) the movant's proposed findings of fact supported by specific citations to evidentiary materials in the record (e.g., pleadings, affidavits, depositions interrogatory answers, or admissions), or (3) a combinations of (1) and (2).

Defendant's motion will therefore be denied, without prejudice and with leave to re-file within the time allotted by the scheduling order.

**SO ORDERED.**

Dated this   1st   day of July, 2005.

                                                   s/ William C. Griesbach
                                                 William C. Griesbach
                                                 United States District Judge