# United States District Court

EASTERN DISTRICT OF WISCONSIN

BARRY E. COLLINS,

      Plaintiff,

v.

BUECHEL STONE CORPORATION,

      Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. 04-C-684

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came before the Court for consideration.

      **IT IS HEREBY ORDERED AND ADJUDGED** that defendant's motion for summary judgment is GRANTED.

Approved:     s/ William C. Griesbach
                            WILLIAM C. GRIESBACH
                            United States District Judge

Dated: October 11, 2005.

                            SOFRON B. NEDILSKY
                            Clerk

                            s/ Mary E. Conard
                            (By) Deputy Clerk